```
        UNITED STATES DISTRICT COURT
           DISTRICT OF MINNESOTA
        CIVIL NO.: 23-3761(DSD/TNL)
```

Lynne D.,

    Plaintiff,

v.

                                   **ORDER**

Michelle King,
Acting Commissioner of Social
Security Administration,

    Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated January 28, 2025 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 15] is adopted in its entirety;

2. Plaintiff's request for relief [ECF Nos. 10, 12] is denied;

3. Defendant's request for relief [ECF No. 11] is granted; and

4. The Commissioner's decision is affirmed.

Dated: February 12, 2025

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court