UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 23-3761(DSD/TNL)

Lynne D.,

    Plaintiff,

v.                              **AMENDED ORDER**

Michelle King,
Acting Commissioner of Social
Security Administration,

    Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated January 28, 2025 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 15] is adopted in its entirety;

2. Plaintiff's request for relief [ECF Nos. 10, 12] is denied;

3. Defendant's request for relief [ECF No. 11] is granted; and

4. The Commissioner's decision is affirmed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 13, 2025

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court